IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DOROTHY SMITH,**

    *Petitioner*,

v.                                                            **Case No.: 5:25cv18-MW/MAL**

**WARDEN GABBY,**

    *Respondents*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The report and recommendation was returned as undeliverable. ECF No. 8. No other Court Orders have been returned as undeliverable. Although it is Petitioner's responsibility to keep the Court informed of her updated mailing address, she has not filed a change of address, nor has she filed any objections. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for habeas corpus under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED without prejudice** for

failure to comply with an Order of the Court, or alternatively, as moot." The Clerk shall close the file.

**SO ORDERED on May 12, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**